AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 11, 2023**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| RASHAD BECKHAM, | ) |
| *Petitioner* | ) |
| v. | ) |
| | ) |
| NO NAMED RESPONDENT, | ) |
| *Respondent* | |

Civil Action No.   2:22-cv-00230-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   This action is DISMISSED without prejudice for failure to comply with the filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge     THOMAS O. RICE     .

Date:   01/11/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk

*(By) Deputy Clerk*

Lilly Savchuk